# EXHIBIT A

IMDb | Movies, TV & Showtimes | Celebs, Events & Photos | News & Community | All | Watchlist | Pro | IMDb Apps | Help | Login



**Dallas Buyers Club** (2013)
## Awards
Edit



Showing all 45 wins and 30 nominations

### Academy Awards, USA 2014

| | | |
|---|---|---|
| **Won** Oscar | | Best Performance by an Actor in a Leading Role  Matthew McConaughey |
| | | Best Performance by an Actor in a Supporting Role  Jared Leto |
| | | Best Achievement in Makeup and Hairstyling  Adruitha Lee  Robin Mathews |
| **Nominated** Oscar | | Best Motion Picture of the Year  Robbie Brenner  Rachel Winter |
| | | Best Achievement in Film Editing  Jean-Marc Vallée  Martin Pensa |
| | | Best Writing, Original Screenplay  Craig Borten  Melisa Wallack |

### Golden Globes, USA 2014

| | |
|---|---|
| **Won** Golden Globe | Best Performance by an Actor in a Motion Picture - Drama  Matthew McConaughey |
| | Best Performance by an Actor in a Supporting Role in a Motion Picture  Jared Leto |

### Screen Actors Guild Awards 2014

| | |
|---|---|
| **Won** Actor | Outstanding Performance by a Male Actor in a Leading Role  Matthew McConaughey |
| | Outstanding Performance by a Male Actor in a Supporting Role  Jared Leto |
| **Nominated** Actor | Outstanding Performance by a Cast in a Motion Picture  Jennifer Garner |

**Dallas Buyers Club**

**Opinion**
Awards
FAQ
User Reviews
User Ratings
External Reviews
Metacritic Reviews
Message Board

**Explore More**

**Share** this page:
Like  37,276 people like this. Sign Up to see what your friends like.

**User Lists**  Create a list »
Related lists from IMDb users

**NicoAllMeMovies**
a list of 2543 titles created 02 Dec 2011

**2013**
a list of 31 titles created 2 months ago

|  | Matthew McConaughey<br>Jared Leto<br>Denis O'Hare<br>Dallas Roberts<br>Steve Zahn |
|---|---|

### Austin Film Critics Association 2013

| Won<br>Austin Film Critics Award | Best Supporting Actor<br>Jared Leto |
|---|---|
| Nominated<br>Austin Film Critics Award | Best Film |

### Australian Film Institute 2014

| Nominated<br>AACTA International Award | Best Actor<br>Matthew McConaughey |
|---|---|
|  | Best Supporting Actor<br>Jared Leto |

### Boston Society of Film Critics Awards 2013

| Nominated<br>BSFC Award | Best Supporting Actor<br>Jared Leto<br>(Ex aequo) |
|---|---|

### Broadcast Film Critics Association Awards 2014

| Won<br>Critics Choice Award | Best Actor<br>Matthew McConaughey |
|---|---|
|  | Best Supporting Actor<br>Jared Leto |
| Nominated<br>Critics Choice Award | Best Picture |

### Central Ohio Film Critics Association 2014

| Won<br>COFCA Award | Actor of the Year<br>Matthew McConaughey<br>For Mud and The Wolf of Wall Street |
|---|---|
| 2nd place<br>COFCA Award | Best Actor<br>Matthew McConaughey |
|  | Best Supporting Actor<br>Jared Leto |

### Chicago Film Critics Association Awards 2013

| Won<br>CFCA Award | Best Supporting Actor<br>Jared Leto |
|---|---|
| Nominated<br>CFCA Award | Best Actor<br>Matthew McConaughey |

### Chlotrudis Awards 2014

| Nominated<br>Chlotrudis Award | Best Supporting Actor<br>Jared Leto |
|---|---|

### Costume Designers Guild Awards 2014

| Nominated<br>CDG Award | Excellence in Period Film<br>Kurt and Bart |
|---|---|



**The Best movies that I've seen in 2013-2014**
a list of 37 titles created
1 month ago



**The 25 best movies of 2013**
a list of 25 titles created
1 month ago



**All Time Greatest...**
a list of 21 titles created
3 weeks ago

See all related lists »

### Dallas-Fort Worth Film Critics Association Awards 2013

**Won**
DFWFCA Award

Best Actor
Matthew McConaughey

Best Supporting Actor
Jared Leto

**Nominated**
DFWFCA Award

Best Picture

### Florida Film Critics Circle Awards 2013

**Won**
FFCC Award

Best Supporting Actor
Jared Leto

### Golden Camera, Germany 2014

**Won**
Golden Camera

Best International Actor
Matthew McConaughey

### Gotham Awards 2013

**Won**
Best Actor

Matthew McConaughey

### Hollywood Film Festival 2013

**Won**
Hollywood Breakthrough Award

Breakthrough Actor
Jared Leto

**Won**
Hollywood Film Award

Actor of the Year
Matthew McConaughey

### Hollywood Makeup Artist and Hair Stylist Guild Awards 2014

**Won**
Hollywood Makeup Artist and Hair Stylist Guild Award

Best Period and/or Character Makeup - Feature Films
Robin Mathews

### Image Awards 2014

**Nominated**
Image Award

Outstanding Independent Motion Picture

### Independent Spirit Awards 2014

**Nominated**
Independent Spirit Award

Best Male Lead
Matthew McConaughey

Best Supporting Male
Jared Leto

### Las Vegas Film Critics Society Awards 2013

**Won**
Sierra Award

Best Actor
Matthew McConaughey

Best Supporting Actor
Jared Leto

**2nd place**
Sierra Award

Best Picture

### London Critics Circle Film Awards 2014

**Nominated**
ALFS Award
Supporting Actor of the Year
Jared Leto

### Los Angeles Film Critics Association Awards 2013

**Won**
LAFCA Award
Best Supporting Actor
Jared Leto
Tied with James Franco for Spring Breakers (2012).

### National Board of Review, USA 2013

**Won**
NBR Award
Top Ten Independent Films

### National Society of Film Critics Awards, USA 2014

**2nd place**
NSFC Award
Best Supporting Actor
Jared Leto

### New York Film Critics Circle Awards 2013

**Won**
NYFCC Award
Best Supporting Actor
Jared Leto

### Online Film Critics Society Awards 2014

**Nominated**
OFCS Award
Best Supporting Actor
Jared Leto

### PGA Awards 2014

**Nominated**
PGA Award
Outstanding Producer of Theatrical Motion Pictures
Robbie Brenner
Rachel Winter

### Palm Springs International Film Festival 2014

**Won**
Desert Palm Achievement Award
Matthew McConaughey

### Phoenix Film Critics Society Awards 2013

**Won**
PFCS Award
Best Actor in a Leading Role
Matthew McConaughey

Best Actor in a Supporting Role
Jared Leto

**Nominated**
PFCS Award
Best Picture

### Rome Film Fest 2013

**Won**
Associazione Italiana Autori della Fotografia Cinematografica (AIC) Award
Yves Bélanger

**Won**
Audience Award
Jean-Marc Vallée

**Won**
Best Actor
Matthew McConaughey

**Won**
Golden Butterfly
Jean-Marc Vallée

Jean-Marc Vallée

**Nominated**
Golden Marc'Aurelio Award

### San Diego Film Critics Society Awards 2013

| | | |
|---|---|---|
| **Won** SDFCS Award | Best Supporting Actor Jared Leto | |
| **Nominated** SDFCS Award | Best Actor Matthew McConaughey | |

### San Francisco Film Critics Circle 2013

**Nominated**
SFFCC Award

Best Actor
Matthew McConaughey

Best Supporting Actor
Jared Leto

### San Sebastián International Film Festival 2013

**Won**
Sebastiane Award

Jean-Marc Vallée

### Santa Barbara International Film Festival 2014

**Won**
Virtuoso Award

Jared Leto

### Satellite Awards 2013

**Nominated**
Satellite Award

Best Actor in a Motion Picture
Matthew McConaughey

Best Actor in a Supporting Role
Jared Leto

### Southeastern Film Critics Association Awards 2013

**Won**
SEFCA Award

Best Supporting Actor
Jared Leto

**2nd place**
SEFCA Award

Best Actor
Matthew McConaughey

**Nominated**
SEFCA Award

Best Picture

### Toronto Film Critics Association Awards 2014

**Won**
TFCA Award

Best Supporting Actor
Jared Leto

**3rd place**
TFCA Award

Best Actor
Matthew McConaughey

### Vancouver Film Critics Circle 2014

**Won**
VFCC Award

Best Supporting Actor
Jared Leto

**Nominated**
VFCC Award

Best Actor
Matthew McConaughey

### Washington DC Area Film Critics Association Awards 2013

**Won**
WAFCA Award

Best Supporting Actor
Jared Leto

| Nominated | Best Actor |
| --- | --- |
| WAFCA Award | Matthew McConaughey |

### Writers Guild of America, USA 2014

| Nominated | Best Original Screenplay |
| --- | --- |
| WGA Award (Screen) | Craig Borten (written by) |
| | Melisa Wallack (written by) |

### See also

FAQ | User Reviews | User Ratings | External Reviews | Metacritic Reviews | Message Board

### Contribute to This Page

Getting Started | Contributor Zone »

Edit page

### Recently Viewed

Manage your history



Home | Search | Site Index | In Theaters | Coming Soon | Top Movies | Top 250 | TV | News | Message Boards | Press Room
Register | Advertising | Contact Us | Jobs | IMDbPro | Box Office Mojo | Withoutabox

IMDb Mobile: iPhone/iPad | Android | Mobile site | Windows Phone 7 | IMDb Social: Facebook | Twitter

Copyright © 1990-2014 IMDb.com, Inc.
Conditions of Use | Privacy Policy | Interest-Based Ads
An            company.

Amazon Affiliates

| Amazon Instant Video | Prime Instant Video | Amazon Germany | Amazon Italy | Amazon France | Amazon India | DPReview | Audible |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Watch Movies & TV Online | Unlimited Streaming of Movies & TV | Buy Movies on DVD & Blu-ray | Buy Movies on DVD & Blu-ray | Buy Movies on DVD & Blu-ray | Buy Movie and TV Show DVDs | Digital Photography | Download Audio Books |

# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
**PA 1-873-195**

Effective date of registration:
November 13, 2013

## Title

Title of Work: Dallas Buyers Club

## Completion/Publication

Year of Completion: 2013
Date of 1st Publication: November 1, 2013
Nation of 1st Publication: United States
Preregistration: PRE000006719

## Author

- Author: Dallas Buyers Club, LLC
  Author Created: entire motion picture
  Work made for hire: Yes
  Citizen of: United States
  Domiciled in: United States

## Copyright claimant

Copyright Claimant: Dallas Buyers Club, LLC
2170 Buckthorne Place, Suite 400, The Woodlands, TX, 77380

## Limitation of copyright claim

Material excluded from this claim: script/screenplay, preexisting music
Previous registration and year: TXu 1-835-443   2012
New material included in claim: all other cinematographic material

## Certification

Name: Carly Seabrook
Date: November 1, 2013

Registration #: PA0001873195
Service Request #: 1-1005221967



Universal City Studios LLC
Carly Seabrook
100 Universal City Plaza
Bldg. 1280, 6th Floor
Universal City, CA 91608

# EXHIBIT C

Case: 1:14-cv-02168 Document #: 1-1 Filed: 03/27/14 Page 11 of 12 PageID #:20

| No | IP | HitDate UTC (mm/dd/yy) | File Name | File Hash | ISP | Region | City |
|---|---|---|---|---|---|---|---|
| 1 | 98.223.173.43 | 1/21/14 06:22:06 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Chicago |
| 2 | 98.223.122.126 | 1/21/14 05:31:58 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Lombard |
| 3 | 98.213.80.152 | 1/21/14 04:45:38 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Chicago |
| 4 | 50.172.81.99 | 1/21/14 04:12:13 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Chicago |
| 5 | 50.129.69.205 | 1/21/14 03:36:21 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Rockford |
| 6 | 98.193.94.110 | 1/21/14 03:33:28 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Chicago |
| 7 | 67.175.225.157 | 1/21/14 02:47:30 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Elmwood Park |
| 8 | 76.16.165.232 | 1/21/14 02:47:27 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Glendale Heights |
| 9 | 76.16.220.147 | 1/21/14 02:06:41 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Algonquin |
| 10 | 67.175.247.116 | 1/21/14 02:00:51 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Naperville |
| 11 | 98.226.225.117 | 1/21/14 01:48:41 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Chicago |
| 12 | 67.184.179.56 | 1/21/14 01:03:04 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Chicago |
| 13 | 68.58.157.0 | 1/21/14 12:20:23 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Chicago |
| 14 | 50.165.38.75 | 1/20/14 11:27:32 PM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Chicago |
| 15 | 24.1.146.38 | 1/20/14 10:18:16 PM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Calumet City |
| 16 | 69.245.194.182 | 1/20/14 06:06:44 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Chicago |
| 17 | 67.184.54.1 | 1/20/14 05:31:58 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Northbrook |
| 18 | 67.184.244.33 | 1/20/14 03:57:44 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Rockford |
| 19 | 67.175.201.163 | 1/20/14 03:41:48 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Chicago |
| 20 | 24.13.181.84 | 1/20/14 01:35:31 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Schaumburg |
| 21 | 71.239.222.197 | 1/20/14 12:25:17 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Richton Park |
| 22 | 67.167.0.195 | 1/19/14 10:06:55 PM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Chicago |
| 23 | 68.58.69.131 | 1/19/14 09:26:31 PM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Rockford |
| 24 | 24.1.191.134 | 1/19/14 09:16:54 PM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Chicago |
| 25 | 67.184.222.188 | 1/19/14 07:50:14 PM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Lake Villa |
| 26 | 69.245.157.254 | 1/19/14 06:59:52 PM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Palatine |
| 27 | 24.13.182.40 | 1/19/14 04:49:04 PM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Schaumburg |
| 28 | 98.206.245.84 | 1/19/14 11:00:07 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Chicago |
| 29 | 24.14.61.38 | 1/19/14 09:25:56 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Elmhurst |
| 30 | 98.227.220.68 | 1/19/14 05:50:28 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Glendale Heights |
| 31 | 24.12.74.253 | 1/19/14 05:07:21 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Chicago |
| 32 | 71.57.3.17 | 1/19/14 04:50:13 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Naperville |
| 33 | 67.174.20.171 | 1/19/14 03:48:21 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Darien |
| 34 | 76.16.81.148 | 1/19/14 03:34:47 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Lake Forest |
| 35 | 98.206.17.45 | 1/19/14 03:29:46 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Dekalb |
| 36 | 24.12.1.236 | 1/19/14 03:00:40 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Chicago |
| 37 | 69.245.232.152 | 1/19/14 02:58:20 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Elmhurst |
| 38 | 98.220.24.239 | 1/19/14 02:54:37 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Rockford |
| 39 | 24.12.162.8 | 1/19/14 02:52:09 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Rolling Meadows |
| 40 | 24.1.50.150 | 1/19/14 02:36:19 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Oswego |
| 41 | 67.175.119.137 | 1/19/14 02:24:18 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Berwyn |
| 42 | 68.60.236.97 | 1/19/14 02:19:35 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Schaumburg |
| 43 | 50.179.181.120 | 1/19/14 01:27:45 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Chicago |
| 44 | 98.228.103.177 | 1/19/14 01:00:24 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Wheaton |
| 45 | 98.206.12.130 | 1/19/14 12:59:44 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Des Plaines |
| 46 | 24.15.164.76 | 1/19/14 12:11:06 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | SHA1: 87FB7159D3AACD46F23C809750F1CA71AC7F81E8 | Comcast Cable | Illinois | Plainfield |