# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Dallas Buyers Club, LLC

                           Plaintiff,

v.                                              Case No.: 1:14–cv–02168

                                                      Honorable Ruben Castillo

Does 1–46

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 2, 2014:

      MINUTE entry before the Honorable Ruben Castillo:After a careful review of this recently filed case, Plaintiff is authorized to proceed with expedited discovery and issue subpoena(s) to determine the identity of the appropriate individual defendants. In the meantime, the current Doe complaint will be dismissed without prejudice to the filing of an appropriate amended complaint which names individual defendants that can be properly joined together in one lawsuit. All third party subpoenas must be complied with even though the pending complaint is dismissed without prejudice.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.